IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JERRY DONALD BILLINGSLEY,          )
#303 088,                          )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )        CASE NO. 2:22-CV-487-WHA-CSC
                                   )
MARION MILITARY INSTITUTE,         )
et al.,                            )
                                   )
        Defendant.                 )

## ORDER

Now before the Court is the Recommendation of the Magistrate Judge that recommends Plaintiff's Complaint be transferred to the United States District Court for the Southern District of Alabama under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1404(a). Doc. 4. Plaintiff has filed objections but makes no specific objection to the Recommendation that the Complaint be transferred. Doc. 4. Thus, based upon an independent evaluation and *de novo* review of the file in this case, the Court finds the objections to be without merit and due to be overruled and the Magistrate Judge's Recommendation should be adopted. Accordingly, it is ORDERED that:

1. Plaintiff's objections (Doc. 4) are OVERRULED.

2. The Magistrate Judge's Recommendation (Doc. 3) is ADOPTED.

3. This case is TRANSFERRED to the United States District Court for the Southern District of Alabama under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1404(a).

The Clerk of the Court is DIRECTED to take the necessary steps to effectuate the transfer of this action.

This case is closed in this Court.

Done, this 31st day of August 2022.


    /s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE